UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-1471 (MJD/JGL)

MARGARET FENDT,

Plaintiff,

v.

WAL-MART STORES, INC.,

Defendant.

**CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE JONATHAN LEBEDOFF**

In accordance with the provisions of 28 U.S.C. §636(c) and Fed.R.Civ.P. 73, the parties in this case hereby voluntarily waive their rights to proceed before a judge of the United States District Court and consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including the trial, and order the entry of a final judgment. Any and all appeals of rulings of the Magistrate Judge shall be made directly to the Court of Appeals.

Plaintiff — Date 11/15/01

Defendant — Date 10/24/01

**ORDER OF REFERENCE**

IT IS HEREBY ORDERED that this case be referred to the Honorable Jonathan Lebedoff, United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. §636(c), Fed.R.Civ.P. 73, and the foregoing consent of the parties.

Dated: Nov. 1, 2001

MICHAEL J. DAVIS
United States District Judge

FILED NOV 01 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______