UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
SECOND DIVISION

---

Margaret Frendt,

Plaintiff,

vs.

Wal-Mart Stores, Inc.,

Defendant.

Court File No. 01-1471 MJD/JGL

**STIPULATION OF DISMISSAL**

---

The above-entitled action, having been fully compromised and settled,

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the parties hereto, through their respective counsel, that said action may be and hereby is dismissed with prejudice and on the merits, but without costs to either party.

**IT IS FURTHER STIPULATED AND AGREED,** that the Clerk of said Court, upon the filing of this Stipulation, is hereby authorized and directed to dismiss said action of record.

Dated:____________________

By:____________________
James N. Schlosser #152250
Attorneys for Plaintiff
2801 Hennepin Ave. So.
Minneapolis, MN 55408
(612) 252-3303

Dated: 2/19/02

MURNANE, CONLIN, WHITE & BRANDT

By:____________________
Andrew T. Shern #100316
Attorneys for Defendant
444 Cedar St. #1800
St. Paul, MN 55101
(651) 227-9411

APR 1
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Margaret Frendt v. Wal-Mart Stores, Inc., Civil No.: 01-1471 (MJD/JGL)

**ORDER**

On reading and filing the above and foregoing Stipulation:

**IT IS HEREBY ORDERED AND ADJUDGED** that the above-entitled action be and the same is hereby dismissed on the merits and without costs.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: April 10, 2002

BY THE COURT:

______________________________