# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Margaret Frendt,

Plaintiff

Case No. Civil 01-1471 MJD/JGL

v.

**JUDGMENT IN A CIVIL CASE**

Wal-Mart Stores, Inc.,

Defendant.

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED that the above-entitled action be and the same is hereby dismissed on the merits and without cost.**

DATE: April 10, 2002

RICHARD SLETTEN , CLERK

E. Knoblauch

E. Knoblauch, Deputy Clerk